916

No. 73–6439. SIN NAGH FONG *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 73–6468. CULPEPPER *v.* NEW YORK. Ct. App. N. Y. Certiorari denied.

No. 73–6471. AL-KANANI *v.* NEW YORK. Ct. App. N. Y. Certiorari denied.

No. 73–6482. WALLACE ET VIR *v.* DIXON ET AL. C. A. 8th Cir. Certiorari denied.

No. 73–6486. PUGACH *v.* NEW YORK. Sup. Ct. N. Y., Bronx County. Certiorari denied.

No. 73–6491. WOODS *v.* TODD ET AL. C. A. 5th Cir. Certiorari denied.

No. 73–6495. MURGUIA *v.* INDUSTRIAL COMMISSION OF ARIZONA ET AL. Ct. App. Ariz. Certiorari denied.

No. 73–6496. SLOCUM *v.* HOPPER, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 73–6502. CHATMAN *v.* CALIFORNIA. Ct. App. Cal., 5th App. Dist. Certiorari denied.

No. 73–6503. COLE *v.* TENNESSEE. Ct. Crim. App. Tenn. Certiorari denied.

No. 73–6515. ARTIS *v.* VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 73–6525. MENDES *v.* RAILWAY EXPRESS AGENCY, INC., ET AL. C. A. 2d Cir. Certiorari denied.